# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America )<br>v. )<br>Benjamin Larocca, (XX/XX/XXXX) )<br>Christian Cortez, (XX/XX/XXXX) )<br>)<br>)<br>_Defendant(s)_ | Case: 1:21-mj-00300<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 3/12/2021<br>Description: Complaint w/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 6, 2021  in the county of _____ in the _____ in the District of  Columbia , the defendant(s) violated:

*Code Section*                                *Offense Description*

**Benjamin Larocca-**
18 U.S.C. § 1512(c)(2) - (Obstructing an Official Proceeding);
18 U.S.C. § 1752(a)(1) and (2) - (Unlawfully Entering Restricted Building to Disrupt Government); 40 U.S.C. § 5104(e)(2)(D), (E), and (G) - (Disorderly or Disruptive Conduct on Restricted Grounds)

**Christian Cortez -**
18 U.S.C. § 111(a) - (Assaulting a Federal Officer)
18 U.S.C. § 231(a)(3) - (Civil Disorder);
18 U.S.C. § 1512(c)(2) - (Obstructing an Official Proceeding);
18 U.S.C. § 1752(a)(1) and (2) - (Unlawfully Entering Restricted Building to Disrupt Government); 40 U.S.C. § 5104(e)(2) (D), (E), and (G) - (Disorderly or Disruptive Conduct on Restricted Grounds)

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_Complainant's signature_

John Bray, Special Agent
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  03/12/2021

_Judge's signature_

City and state:   Washington, D.C.    G. Michael Harvey, U.S. Magistrate Judge
_Printed name and title_