AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:21-mj-00300 |
| v. | ) | Assigned To : Harvey, G. Michael |
| Benjamin Larocca | ) | Assign. Date : 3/12/2021 |
|  | ) | Description: Complaint w/ Arrest Warrant |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Benjamin Larocca,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - (Obstructing an Official Proceeding);
18 U.S.C. § 1752(a)(1) and (2) - (Unlawfully Entering Restricted Building to Disrupt Government);
40 U.S.C. § 5104(e)(2)(D), (E), and (G) - (Disorderly or Disruptive Conduct on Restricted Grounds)

Date: 03/12/2021

Digitally signed by G. Michael Harvey
Date: 2021.03.12 12:22:38 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3-26-21 3-12-21, and the person was arrested on *(date)* 3-26-21
at *(city and state)* Seabrook, TX

Date: 3-26-21

*Arresting officer's signature*

SA John Bray
*Printed name and title*